THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Dana Tolen, Respondent,
 v.
 State of South Carolina, Petitioner.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF
APPEALS

Appeal From Lexington County
Marc H. Westbrook, Circuit Court Judge

Memorandum Opinion No.  2007-MO-041
 Submitted June 20, 2007  Filed June 25,
 2007  

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, all of Columbia, for Petitioner.
 Appellate
 Defender LaNelle C. DuRant, of South Carolina Commission on Indigent Defense,
 Division of Appellate Defense, of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted the States petition for a writ
 of certiorari to review an order granting post-conviction relief to 
 respondent, Dana Tolen.  We dismiss the writ as improvidently granted.
TOAL,
 C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.